FRANCESCO P. BENAVIDES, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd., 8th Floor
    Walnut Creek, CA 94596
    Tel.: (925) 222-7071
    Email:  francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CELIA ZAMILPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CELIA ZAMILPA,<br><br>        Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:24-cv-00483-SKO<br><br>ORDER RE:<br>JOINT MOTION PURSUANT TO RULE 60(a) TO CORRECT JUDGMENT AND ORDER<br><br>(Doc. 23) |

The parties' joint motion to correct a clerical error in the Court's order and judgment pursuant to Federal Rule of Civil Procedure 60(a), (Doc. 23), is GRANTED.  The Court DIRECTS that the first sentence of its March 3, 2025 order, (Doc. 20), is hereby revised to:

>On April 24, 2024, Plaintiff Celia Zamilpa ("Plaintiff") filed a complaint under 42 U.S.C. § 1383(c) seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner" or "Defendant") denying her application for Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act (the "Act").  (Doc. 1.)

IT IS SO ORDERED.

Dated:  **March 31, 2025**              /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE